IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| K&G CONTRACTING, INC. | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 23-1855 |
| WARFIGHTER FOCUSED LOGISTICS, INC., DARRELL M. KEM | : | |

# ORDER

**AND NOW**, this 30th day of August 2023, upon considering Defendants' partial Motion to dismiss the fraudulent inducement claim against them (ECF No. 23), Plaintiff's Opposition (ECF No. 27), following oral argument during our initial pretrial conference, and for reasons in today's accompanying Memorandum, it is **ORDERED**:

1. Defendants' partial Motion to dismiss (ECF No. 23) is **GRANTED** requiring we **dismiss** Plaintiff's claims for fraudulent inducement <u>only</u> against both Defendants without prejudice; and,

2. Defendants shall file an Answer no later than **September 13, 2023.**

KEARNEY, J.